**Board of Education of Gardener School District No. 112, Peoria County, Illinois, Plaintiff-Appellant, v. County Board of School Trustees of Peoria County, Illinois, Board of Education of Peoria Heights School District No. 120, Peoria County, Illinois, and Joseph H. Batchelder, Jr., et al., Defendants-Appellees.**

Gen. No. 66–95. 

Third District.

June 26, 1967.

Robert L. Burhans and John Radley, of Peoria, for appellant; George R. Kennedy, State's Attorney of Peoria County, Davis, Morgan & Witherall, and C. B. Ulrick, all of Peoria, for appellees. Opinion by PRESIDING JUSTICE STOUDER. Not to be published in full.